occurred. *See id.* Finally, Hryhil's testimony lacked specificity and detail, particularly in light of the great detail contained in his supporting declaration. *See Singh–Kaur v. INS,* 183 F.3d 1147, 1153 (9th Cir.1999) (the level of specificity in an applicant's testimony is an appropriate consideration in an adverse credibility determination).

Because Hryhil failed to establish eligibility for asylum, he necessarily failed to meet the more stringent standard for withholding of removal. *See Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir.2003).

Because Hryhil's claim under the CAT is based on the same testimony that the IJ found not credible, and he points to no other evidence that he could claim the IJ should have considered in making its determination under CAT, his CAT claim also fails. *See id.* at 1157.

**PETITION FOR REVIEW DENIED.**

Charles M. Bonneau, Jr., Esq., Law Offices of Charles M. Bonneau, Sacramento, CA, for Petitioner–Appellant.

Laura Wetzel Simpton, Esq., Office of the California Attorney General, Department of Justice, Sacramento, CA, for Respondent–Appellee.

Before: D.W. NELSON, RAWLINSON, and BEA, Circuit Judges.

## MEMORANDUM **

1. The state court's ruling denying the motion for continuance was not contrary to clearly established federal law, as determined by the Supreme Court. *See Morris v. Slappy,* 461 U.S. 1, 11, 103 S.Ct. 1610, 75 L.Ed.2d 610 (1983) (describing the broad discretion granted to trial court rulings on requests for continuances).

2. The record does not reflect that any deficiencies in trial counsel's performance prejudiced Petitioner Gonzalo Acuna given the overwhelming evidence against him. *See Strickland v. Washington,* 466 U.S. 668, 692, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984) ("[A]ny deficiencies in counsel's performance must be prejudicial to the defense in order to constitute ineffective assistance under the Constitution."). Therefore, the state court's denial of Acuna's ineffective assistance of counsel claim was not unreasonable.

**AFFIRMED.**

**Gonzalo ACUNA, Petitioner—Appellant,**

v.

**C.A. TERHUNE, Respondent—Appellee.**

No. 04–15719.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 20, 2005.*

Decided Oct. 28, 2005.

Gonzalo Acuna, Crescent City, CA, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.